

Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Foreign Profit Corporation
DOLLAR TREE STORES, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P23953 |
| **FEI/EIN Number** | 54-1387365 |
| **Date Filed** | 04/19/1989 |
| **State** | VA |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 03/02/1994 |
| **Event Effective Date** | NONE |

**Principal Address**

500 VOLVO PKWY
CHESAPEAKE, VA 23320

Changed: 05/01/2000

**Mailing Address**

500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

Changed: 01/06/2012

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 06/01/2017

Address Changed: 06/01/2017

**Officer/Director Detail**

**Name & Address**

Title CEO, Director

Philbin , Gary
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

Miller , Deborah
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Legal Officer, General Counsel and Corporate Secretary

Old, William A., Jr.
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP, Treasurer, Asst. Secretary

Dean , Roger
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP, Asst. Secretary

Elder , Jonathan L.
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Asst. Secretary

Totten-Medley , Shawnta
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Asst. Secretary

Bertucci, Cynthia
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chairman

Sasser , Bob
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Director, CFO

Wampler , Kevin S.
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP, Controller, Assistant Secretary

Mallas, Kathleen
500 VOLVO PKWY

CHESAPEAKE, VA 23320

Title President and Chief Operating Officer

Witynski, Mike
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Development Officer

Walters, Bruce
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

Teeter, Christopher
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Senior Vice President

Littler, Todd
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Deputy General Counsel

BERMAN, BETH
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Human Resouce Officer

CLICK, BETTY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PRETTYMAN, BRIAN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PAOLINI, BRUCE
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

WILLIAMS, CHRISTOPHER
500 VOLVO PKWY

500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Asst. Secretary

YORK, CJ
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

CORL, CURTIS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

JEWELL, DAVID
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

MARTINEZ, DAWN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

YOST, DOUGLAS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

TORRELL, FRANK
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chf Supply Chain Off

MAXWELL, GARY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Dep Gen Cnsl

STOCKWELL, KAY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PETERSON, KEVIN

PETERSON, KEVIN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

HENDRICKS, MICHEAL
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PROFFITT, MIKE
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

MULLARKEY, PATRICK
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

BARNETT, PETER
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

GUILER, RANDY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Merchandising Officer

MCNEELY, RICHARD
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Global Products Officer

RUDMAN, ROBERT
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

THOMSON, ROBERT
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

HARDEN, RUSS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

FARRELL, STEVE
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

SCHUMACHER, STEVEN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

KAUFMAN, SUZAN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Senior Vice President

MCALOON, THOMAS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

CHASE, VIRGINIA
500 VOLVO PKWY
CHESAPEAKE, VA 23320

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2017 | 04/24/2017 |
| 2018 | 04/20/2018 |
| 2019 | 04/25/2019 |

### Document Images

| | |
| --- | --- |
| 04/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2018 -- ANNUAL REPORT | View image in PDF format |
| 08/21/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 06/01/2017 -- Reg. Agent Change | View image in PDF format |
| 04/24/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2014 -- Reg. Agent Change | View image in PDF format |

| | |
|---|---|
| 04/09/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2006 -- ANNUAL REPORT | View image in PDF format |
| 02/08/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/07/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/10/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/03/1998 -- ANNUAL REPORT | View image in PDF format |
| 03/05/1997 -- ANNUAL REPORT | View image in PDF format |
| 03/27/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/18/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations