

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 21107774**
**Date Processed: 02/11/2020**

| | |
|---|---|
| **Primary Contact:** | Cynthia Bertucci<br>Dollar Tree, Inc.<br>500 Volvo Pkwy<br>Chesapeake, VA 23320-1604 |
| **Electronic copy provided to:** | JJ Jacobson-Allen |
| **Entity:** | Dollar Tree Stores, Inc.<br>Entity ID Number  3697563 |
| **Entity Served:** | Dollar Tree Stores Inc |
| **Title of Action:** | Rosemarie Malfatone vs. Dollar Tree Stores, Inc. |
| **Matter Name/ID:** | Rosemarie Malfatone vs. Dollar Tree Stores, Inc.  (10013975) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Palm Beach County Circuit Court, FL |
| **Case/Reference No:** | 502020CA001179XXXXMB |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 02/11/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Jesse Davidson<br>561-853-2230 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Filing # 102854730 E-Filed 02/06/2020 11:22:09 AM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

ROSEMARIE MALFATONE,

    Plaintiff,

vs.

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

CASE NO.: 502020CA001179XXXXMB
DIV: AO

**SUMMONS**

TO DEFENDANT:

Dollar Tree Stores, Inc.
By serving its Registered Agent:
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Received by _____
James Kady #065 2nd Judicial Circuit
Served Date: FEB 11 Time: 2:35 pm

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition and 45 days after this summons is served on you to file a written response to the attached Request to Produce, Interrogatories, Insurance Information Demand and Request for Admissions with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

Jesse Davidson, Esq.
**Jesse Davidson, P.A.**
2500 Quantum Lakes Drive, Suite 203
Boynton Beach, FL 33426
Telephone: (561) 853-2230
Facsimile: (561) 600-0560
jdavidson@injurylawyers.com

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the complaint/petition, interrogatories and request for production on the above named defendant(s).

DATED ON **Feb 07 2020**



**SHARON R. BOCK**
CLERK CIRCUIT COURT
By: 
As Deputy Clerk
**JOSIE LUCCE**

(Court Seal)

### IMPORTANTE

Usted has sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y pondria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.  Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuensta a la persona demoninada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Des poursuites judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis alterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 102602984 E-Filed 02/01/2020 02:16:34 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

ROSEMARIE MALFATONE,                    GENERAL JURISDICTION DIVISION

    Plaintiff,                                    CASE NO.:

vs.

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, ROSEMARIE MALFATONE, by and through her attorney, hereby sues Defendant, DOLLAR TREE STORES, INC., and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of attorney's fees and costs.

2. Plaintiff, ROSEMARIE MALFATONE, all times material and relevant hereto, was a resident of Palm Beach County, Florida and *sui juris*.

3. Defendant, DOLLAR TREE STORES, INC., is and has been at all times material hereto licensed to do business in the State of Florida.

4. On or about August 27, 2018, Plaintiff, ROSEMARIE MALFATONE, was lawfully on the premises of Defendant, DOLLAR TREE STORES, INC., located at 8795 Southern Blvd., West Palm Beach, Florida, as an invitee/patron.

5. On or about August 27, 2018, Defendant, DOLLAR TREE STORES, INC. by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

## COUNT I
## NEGLIGENCE AGAINST DOLLAR TREE STORES, INC.

Plaintiff, ROSEMARIE MALFATONE, hereinafter reaffirms and realleges each and every allegation contained in the General Allegations as if fully set forth herein.

6. On or about August 27, 2018, Defendant, DOLLAR TREE STORES, INC. by and through its agents, employees, and or servants, negligently and carelessly maintained the above-mentioned premises, to-wit: by allowing boxes/debris to remain scattered throughout the store, thus causing a tripping hazard for its patrons, causing Plaintiff, ROSEMARIE MALFATONE, to trip and fall thereby sustaining serious personal injuries

7. Defendant, DOLLAR TREE STORES, INC., had a duty to maintain the store in a reasonably safe and proper condition for the general public.

8. Defendant, DOLLAR TREE STORES, INC., was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for Plaintiff.

9. Defendant, DOLLAR TREE STORES, INC., either knew or should have known of the existence of the dangerous condition and should have taken steps to warn Plaintiff, ROSEMARIE MALFATONE of the existence of the dangerous condition.

10. In the alternative, Defendant, DOLLAR TREE STORES, INC., negligently failed to maintain its premises in a reasonably safe condition or negligently failed to correct a

dangerous condition which Defendant, DOLLAR TREE STORES, INC., knew or should have known in the exercise of reasonable care, or negligently failed to warn of a dangerous condition that which Defendant, DOLLAR TREE STORES, INC., had or should have had knowledge greater than that of Plaintiff, ROSEMARIE MALFATONE.

11. Defendant, DOLLAR TREE STORES, INC., failed to warn Plaintiff, ROSEMARIE MALFATONE, of the aforementioned condition and the risk involved in as much as the presence of Plaintiff, ROSEMARIE MALFATONE was known or reasonably foreseeable by Defendant.

12. Plaintiff, ROSEMARIE MALFATONE, neither knew nor should have known of said dangerous condition and risk and the Plaintiff exercised reasonable care.

13. Defendant, DOLLAR TREE STORES, INC., failed to provide a mode of operation, policy or procedure to properly train its employees and supervise same in safeguarding its premises from this foreseeable and known hazard.

14. Defendant, DOLLAR TREE STORES, INC. employees, servants and agents all acted in course and scope of their employment herein.

15. As a result of the Defendant's failure to maintain the store in a reasonably safe condition, Plaintiff, ROSEMARIE MALFATONE was severely injured.

16. As a result thereof, Plaintiff, ROSEMARIE MALFATONE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing

condition. The losses are either permanent or continuing and Plaintiff, ROSEMARIE MALFATONE, will suffer the losses in the future.

**WHEREFORE**, Plaintiff, ROSEMARIE MALFATONE demands judgment for damages and all costs of said proceedings against Defendant, a trial by jury of all issues triable as a right by a jury and any other relief this Honorable Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was served by a certified process server upon Defendant along with the Civil Action Summons, First Interrogatories and First Request for Production.

DATED this \_\_\_1\_\_\_ day of \_\_\_February\_\_\_, 2020.

JESSE DAVIDSON, P.A.
Attorney for Plaintiff
2500 Quantum Lakes Drive, Suite 203
Boynton Beach, FL 33426
Telephone: (561) 853-2230
Facsimile: (561) 600-0560
Email: jesse@jdavidson-law.com

By: _____
JESSE DAVIDSON
Florida Bar No.: 83808