UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  20-80353-CIV- REINHART

ROSEMARIE MALFATONE,

        Plaintiff,

v.

DOLLAR TREE STORES, INC.,

        Defendant.

_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, *see* ECF No. [43], advising that the case has been settled.  The Court having carefully reviewed the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows**:**

1. All hearing and trial dates are **CANCELLED,** and all pending deadlines are **TERMINATED**.

2. Any pending motions are denied as **MOOT**.

3. Pursuant to Fed. R. Civ. P. 41(a)(2), this matter is **DISMISSED** and the Court reserves jurisdiction to enforce the terms of the settlement.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in West Palm Beach, Florida this 24th day of August, 2021.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE